UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RON JON SURF SHOP OF FLA., INC.,**

      **Plaintiff,**

v.                                       Case No. 6:21-cv-31-CEM-DCI

**RACHEL HAUCK, RYAN MACDONALD, and JOHN MALIN REARY,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff's Notice of Resolution (Doc. 13), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within thirty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record